1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and BAYERISCHE MOTOREN WERKE AG, a German corporation,<br><br>            Plaintiffs,<br><br>            vs.<br><br>MEEKO, LLC, a Florida limited liability company, doing business as GREEN EYE AUTO PARTS; LESIA DEFELICE, an individual; THOMAS DEFELICE, an individual; and DOES 1 – 10, inclusive,<br><br>            Defendants. | CASE NO. CV 14-00317 MMM (JCGx)<br><br><br>JUDGMENT FOR PLAINTIFFS |

        On May 15, 2015, the court granted the motion of plaintiffs BMW of North America LLC and

Bayerische Motoren Werke AG's (collectively, "plaintiffs") for entry of default judgment against

defendant Meeko, LLC ("Meeko").  On May 20, 2015, plaintiffs voluntarily dismissed their claims

against defendants Lesia Defelice and Thomas Defelice under Rule 41(a)(1) of the Federal Rules of

Civil Procedure.  Consequently,

IT IS ORDERED AND ADJUDGED

1.    That plaintiffs recover $50,000 in statutory damages from Meeko for its infringement of plaintiffs' trademarks;

2.    That plaintiffs recover $3,600 in attorneys' fees and $595 in costs from Meeko;

3.    That Meeko, its agents, employees, officers, directors, owners, attorneys, representatives, successor companies, related companies, and all persons acting in concert or participation with it, and each of them, be permanently enjoined from:

    a.    Manufacturing, advertising, distributing, offering for sale, and selling, whether directly or indirectly, counterfeit BMW-branded products, merchandise, including any merchandise of any kind bearing plaintiffs' marks or names that are confusingly similar to the trademarks, trade names, designs, or logos of plaintiffs; and

    b.    Using plaintiffs' marks or any copy, reproduction, or colorable imitation, or confusingly similar simulation of plaintiffs' marks on or in connection with the promotion, advertising, distribution, manufacture, or sale of Meeko's goods;

4.    That Meeko, its agents, employees, officers, directors, owners, attorneys, representatives, successor companies, related companies, and all persons acting in concert or participation with it, and each of them, shall cancel, withdraw, and recall all promotions and advertisements bearing plaintiffs' marks or any confusingly similar simulation of plaintiffs' marks, which have been published or placed by Meeko or under its authority; and

5.    That the action be, and it hereby is, dismissed.

DATED: May 20, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE